No. 97–5028. JARRETT v. TOXIC ACTION WASH, AKA OHIO CITIZEN ACTION. C. A. 6th Cir. Certiorari denied.

No. 97–5029. KILLION v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5034. PRADO v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–5035. BOYD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5036. RAGOZZINO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5037. LONDONO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5040. LEAR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–5041. MOLLER v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES. C. A. 9th Cir. Certiorari denied.

No. 97–5043. MCCRIGHT v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5044. FISHER v. BURKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5045. RAYMER v. ENRIGHT ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5046. HOWZE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5047. GALGIANI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5048. PRINCE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5049. DELGADO-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.